IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ERIC DEMETRUIS KIMBLE, #1381256 | § |
| | § |
| V. | §    CIVIL ACTION NO. G-07-195 |
| | § |
| NATHANIEL QUARTERMAN, Director | § |
| Texas Department of Criminal Justice, | § |
| Corrections Institutions Division | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 10th day of July, 2007.

_____
Samuel B. Kent
United States District Judge